**Order entered May 3, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00210-CV

**STEVEN PHILLIPS, Appellant**

**V.**

**TRACI TUCKER, Appellee**

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 10-03974**

## ORDER

We **GRANT** appellant's May 1, 2013 unopposed motion for leave to file an amended brief. We **ORDER** the amended brief tendered to this Court by appellant on May 1, 2013 filed as of the date of this order.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE